| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* <br> CR 99-54 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEEE: <br> Christopher Hill | DISTRICT <br> NORTHERN DISTRICT OF IOWA | DIVISION <br> Cedar Rapids |
|---|---|---|
| FILED <br> U.S. DISTRICT COURT <br> CEDAR RAPIDS HDQTRS OFFICE <br> NORTHERN DISTRICT OF IOWA <br> FEB 0 4 2005 <br> By: _____ DEPUTY | NAME OF SENTENCING JUDGE <br> The Honorable Michael J. Melloy | RECEIVED <br> JAN 1 2 2005 <br> U.S. PROBATION OFFICE <br> CHICAGO, ILLINOIS |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM <br> 11/05/2004 | TO <br> 11/04/2008 |

| OFFENSE |
|---|
| 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) - Possession of Crack Cocaine with the Intent to Distribute |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF IOWA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_January 6, 2005_           _[signature]_
Date           United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 1 3 2005           Charles P. Kocoras
Date           United States District Judge